UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-373 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| MIGUEL EDEN VILLARREAL, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:    Possession of Methamphetamine with Intent to Distribute

<u>Date of Detention Hearing</u>:    August 3, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been charged with the offense of Possession of Methamphetamine with Intent to Distribute. The maximum penalty of this offense is in excess of ten years. There

DETENTION ORDER                                                                               15.13
18 U.S.C. § 3142(i)                                                                            Rev. 1/91
PAGE 1

01   is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk,

02   under 18 U.S.C. §3142(e).

03   2.   Defendant is believed to be a native and citizen of Mexico. He was not interviewed

04   by Pretrial Services. An immigration detainer has been filed.

05   3.   Defendant does not contest detention.

06   4.   Taken as a whole, the record does not effectively rebut the presumption that no

07   condition or combination of conditions will reasonably assure the appearance of the defendant as

08   required and the safety of the community.

09   It is therefore ORDERED:

10   (1)   Defendant shall be detained pending trial and committed to the custody of the
11         Attorney General for confinement in a correction facility separate, to the extent
12         practicable, from persons awaiting or serving sentences or being held in custody
13         pending appeal;

14   (2)   Defendant shall be afforded reasonable opportunity for private consultation with
15         counsel;

16   (3)   On order of a court of the United States or on request of an attorney for the
17         Government, the person in charge of the corrections facility in which defendant is
18         confined shall deliver the defendant to a United States Marshal for the purpose of
19         an appearance in connection with a court proceeding; and

20   (4)   The clerk shall direct copies of this Order to counsel for the United States, to
21         counsel for the defendant, to the United States Marshal, and to the United States

22

01          Pretrial Services Officer.

02      DATED this 3rd day of August, 2007.

03

04                              _____
                                Mary Alice Theiler
                                United States Magistrate Judge

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                              Rev. 1/91
PAGE 3